AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____ ***** _____DISTRICT OF__NEVADA_____

JERRY LEE WARD,

       Petitioner,

V.

                          JUDGMENT IN A CIVIL CASE

                          CASE NUMBER: **3:08-cv-00535-LRH-RAM**

CARSON COUNTY,

       Respondent.

__   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the #5 Application to Proceed in Forma Pauperis is GRANTED.  IT IS FURTHER ORDERED that this action is DISMISSED without prejudice for Petitioner's failure to exhaust his available remedies in state court.

   _December 29, 2008_                  **LANCE S. WILSON**
                                           Clerk

                                _/s/ Kalani Lizares_
                                     Deputy Clerk